| | | | |
|---|---|---|---|
| AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
| Task Force Officer: | Kylie Churches | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Anthony Cunningham

Case No. 26-30060

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 3, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |
| 18 U.S.C. § 924(e) | An armed career criminal. |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kylie Churches, TFO-ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 6, 2026

_Judge's signature_

City and state: Detroit, Michigan

Hon. Curtis Ivy, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Kylie Churches, being duly sworn, depose and state the following:

**I.    INTRODUCTION**

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under Federal law.

2. I have been a Task Force Officer (TFO) with ATF since March 2022, and I have had extensive law enforcement training, including at the Detroit Police Department Training Center. In addition to being a TFO with the ATF, I have been employed as a police officer with the City of Detroit for approximately six years. I also have a bachelor's degree in criminal justice.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. ATF is currently conducting a criminal investigation concerning Anthony CUNNINGHAM (DOB: XX/XX/1965) for violations of 18 U.S.C. § 922

(g)(1) as a felon in possession of a firearm; and 18 U.S.C. § 924(e) as an armed career criminal. This affidavit does not include all the information known to law enforcement related to this investigation.

II. PROBABLE CAUSE

5. On February 3, 2026, at approximately 12:50 p.m., Detroit Police officers stopped near the intersection of Wildemere and Midland in the city of Detroit heard multiple gunshots nearby. The officers saw a white Chevrolet Silverado leaving the area where officers heard the gunfire.

6. The officers followed the Silverado and initiated a traffic stop at John C. Lodge and Dexter. The driver of the Silverado, later identified as Anthony CUNNINGHAM, disregarded the police lights and fled from officers. CUNNINGHAM drove through a vacant lot and ultimately stopped the Silverado near an alley off Dexter.

7. Officers observed CUNNINGHAM get out of the Silverado and run down the alley. One officer saw CUNNINGHAM toss a black object into a nearby back yard. CUNNINGHAM ran behind houses and eventually stopped to hide near the front porch of a house on Dexter. Officers arrested CUNNINGHAM.

8. Officers went to the backyard where the officer saw CUNNINGHAM toss an object and recovered a Taurus PT92 handgun.

9. Officers searched the Silverado and recovered four spent shell casings.

10. On February 4, 2026, I consulted with Special Agent Kara Klupacs, an interstate nexus expert. Special Agent Klupacs stated that the Taurus PT92 handgun, based on the written description provided, without physically examining it, is a firearm as defined by federal law and was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

11. I reviewed records related to CUNNINGHAM's criminal history and learned the following:

    a. On November 2, 1984, CUNNINGHAM was found guilty of Felony Motor Vehicle – Unlawful Driving away and was sentenced to confinement for 1 year to 5 years.

    b. On November 2, 1984, CUNNINGHAM pleaded guilty to Felony Armed Robbery and Felony Weapons Felony Firearm and was sentenced to 4 years to 15 years.

    c. On March 17, 1992, CUNNINGHAM was found guilty of Felony Controlled substance – Deliver/Manufacture (cocaine, heroin, or another narcotic) and was sentenced to confinement for a term of 1 year 6 months to 5 years.

    d. On March 13, 1992, CUNNINGHAM pleaded guilty to Felony Motor Vehicle Code/Intent to pass false title and was sentenced to prison for a term of 2 to 10 years.

    e. On August 26, 1999, CUNNINGHAM was found guilty of Felony Motor Vehicles – Operating a Chop Shop and was

sentenced to 1 year confinement and 4 years' probation.

f. On June 11, 2004, CUNNINGHAM was found guilty of Felony Controlled substance – Deliver/Manufacture (Cocaine, Heroin, or another Narcotic) and was sentenced to probation for 3 years.

g. On September 1, 2005, CUNNINGHAM was convicted in West Virginia for Possession of Controlled Substance and was sentenced to 1 to 15 years' confinement.

h. On November 30, 2006, CUNNINGHAM was convicted in West Virginia of Possession with intent to Manufacture or Deliver narcotic drug – Felony and was sentenced to a term of 1 to 15 years' confinement.

i. On January 8, 2010, CUNNINGHAM pleaded guilty to Felony Controlled Substance – Delivery/Manufacture Marijuana/ Synthetic Equivalents and was sentenced to a term of 12 months in jail followed by 3 years' probation.

j. On November 18, 2013, CUNNINGHAM pleaded nolo contendre to Felony Stolen Property – Receiving and Concealing – Motor Vehicle and was sentenced to a term of 12 months in jail followed by 2 years' probation.

k. On August 7, 2015, CUNNINGHAM was convicted in Ohio for Trafficking in heroin, Trafficking in drugs – Felony and was sentenced to a term of 18 months' confinement.

4

  l. On August 10, 2015, CUNNINGHAM was convicted in Ohio for Trafficking drugs – Felony and was sentenced to 1 year and 6 months' confinement.

  m. On June 15, 2016, CUNNINGHAM pleaded guilty to Felony Stolen Property – Receiving and Concealing – Motor Vehicle – Motor Vehicle and was sentenced to 3 years' probation.

  n. On April 12, 2017, CUNNINGHAM was convicted in Georgia for False Statements or writings; conceal facts or fraudulent documents in matters of government – Felony and was sentenced to a suspended sentence of 3 years and banishment from Georgia except Fanning County.

  o. On July 12, 2018, CUNNINGHAM was found guilty of Felony Stolen Property – Receiving and Concealing – Motor Vehicle and was sentenced to 7 months in jail followed by 2 years' probation.

12. Based on CUNNINGHAM's prior felony convictions, there is probable cause to believe that CUNNINGHAM knew he had previously been convicted of a felony.

13. Further, CUNNINGHAM has been convicted of at least three different offenses—each qualifying under 18 U.S.C. § 924(e)(1) as violent felonies or serious drug offenses—committed on occasions different from one another.

## III.    CONCLUSION

14.    Based upon the aforementioned facts stated herein, there is probable cause to believe CUNNINGHAM, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Taurus PT92 handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). Further, there is probable cause to believe that prior to February 3, 2026, CUNNINGHAM had been convicted of at least three different offenses—each qualifying under 18 U.S.C. § 924(e)(1) as violent felonies or serious drug offenses—committed on occasions different from one another. These violations occurred on or about February 3, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Task Force Officer Kylie Churches
Bureau of Alcohol, Tobacco, Firearms
and Explosives.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Curtis Ivy
United States Magistrate Judge

Date: February 6, 2026